170 A.3d 311

IN THE MATTER OF LAURA B. FREYTES AND PASSAIC COUNTY OFFICE OF SUPERINTENDENT OF ELECTIONS. CELESTINO MALAVE, WILLIAM MALAVE, AND ELVIN SANCHEZ, PLAINTIFFS-PETITIONERS, v. LAURA B. FREYTES, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, DEFENDANT/THIRD-PARTY PLAINTIFF-RESPONDENT, AND PASSAIC COUNTY SUPERINTENDENT OF ELECTIONS, DEFENDANT/THIRD-PARTY PLAINTIFF, v. COUNTY OF PASSAIC, THIRD-PARTY DEFENDANT-RESPONDENT, AND STATE OF NEW JERSEY, THIRD-PARTY DEFENDANT-RESPONDENT.

June 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–5807–12/A–0831–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.